# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**GARY B. CAMPBELL,**

    **Plaintiff,**

v.                                                                   **Case No. 06-C-560**

**DAVID A. CLARKE,**
**RICHARD R. SCHMIDT, and**
**THE MILWAUKEE COUNTY JAIL,**

    **Defendants,**

---

## ORDER

On August 3, 2006, the pro se plaintiff, Gary Campbell, a prisoner at all relevant times, filed an appeal from this court's order and judgment dated July 26, 2006, which dismissed his action, without prejudice. On April 26, 2007, the United States Court of Appeals for the Seventh Circuit issued a mandate denying the motion for leave to proceed in forma pauperis on appeal and summarily affirming the judgment in this case.

This court must now collect the appeal filing fee by the procedures outlined in 28 U.S.C. §1915(b). Newlin v. Helman, 123 F.3d 429, 434 (7th Cir. 1997), rev'd on other grounds by, Walker v. O'Brien, 216 F.3d 626 (7th Cir. 2000) and Lee v. Clinton, 209 F.3d 1025 (7th Cir. 2000). Now, therefore,

**IT IS ORDERED** that the Secretary of the Wisconsin Department of Corrections or his designee shall collect from the plaintiff's prison trust account the $455 balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the clerk of the court each time the amount in the

account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and numbers assigned to this action.

**IT IS ALSO ORDERED** that copies of this order be sent to the warden of the institution where the inmate is confined and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. Box 7857, Madison, Wisconsin, 53707-7857 and PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated at Milwaukee, Wisconsin, this 22 day of August, 2007.

/s_____
LYNN ADELMAN
District Judge